**James William RILEY, Appellant,**

v.

**Stanley W. TAYLOR; \* M. Jane Brady.**

**\* (Pursuant to Rule 43(c), F.R.A.P.)**

No. 98–9009.

United States Court of Appeals,
Third Circuit.

March 5, 2001.

Present: BECKER, Chief Judge,
SLOVITER, MANSMANN, SCIRICA,
NYGAARD, ALITO, ROTH, McKEE,
BARRY, AMBRO and FUENTES, Circuit
Judges.

### ORDER

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed January 17, 2001, and list the above case for rehearing *en banc* at the convenience of the Court. The *en banc* proceedings shall be limited to the *Batson* and *Caldwell* issues.